ELECTRONICALLY FILED
Grant County Circuit Court
Tanya Diotte, Circuit/County Clerk
2017-Nov-27 14:32:39
27CV-17-205
C07D02 : 3 Pages

IN THE CIRCUIT COURT OF
GRANT COUNTY, ARKANSAS
CIVIL DIVISION

DARA ANN DUCK and STANLEY HOWARD                    PLAINTIFFS

VS.                    CASE NO. 30CV-_____

EAN HOLDINGS, LLC and
PAULETTE HIGGS                                       DEFENDANTS

## COMPLAINT

Comes now, the Plaintiffs, by and through their attorneys, Walthall Law Firm, P.A., and for their Complaint states:

1. The Plaintiffs are both residents of Grant County, Arkansas.

2. Defendant, EAN Holdings, LLC, is a corporation existing under the laws of the State of Arkansas doing business as Alamo Car Rental and with its principal place of business in Little Rock, Arkansas.

3. Defendant, Paulette Higgs is a resident of Nassau, Bahamas.

4. The cause of action arises out of a collision that occurred in Pulaski County, Arkansas, on 2017. This Court is the Court of proper jurisdiction over the parties and subject matter complained of herein.

5. On July 21, 2017, Dara Duck was driving a 2003 Ford F-Series Pickup pulling a 2012 CALT horse trailer owned by Stanley Howard, containing three (3) horses on her way home from a horse show. She was traveling south bound on Interstate 530 in Pulaski County, Arkansas.

6. At that same time, Paulette Higgs was driving a 2017 Jeep Grand Cherokee owned by EAN Holdings, LLC south bound on Interstate 530 in Pulaski County, Arkansas.

7. As Dara Duck traveled in her lane of traffic, she was suddenly and without warning struck by the 2017 Jeep Grand Cherokee driven by Paulette Higgs rented from EAN Holdings, LLC.

8. The left front of the 2017 Jeep Grand Cherokee struck the right front of the 2003 Ford F-Series Pickup causing the 2003 Ford F-Series Pickup to leave the roadway and hit a traffic sign then cross the roadway again where the 2003 Ford F-Series Pickup stopped with the horse trailer remaining in the roadway. Said collision caused Plaintiff Dara Duck to experience immediate pain and injury.

9. Defendant, Paulette Higgs, is guilty of the following negligence, to wit: failure to keep a lookout for other vehicles on the roadway; failure to maintain control of her vehicle; failure to use such care as required to be able to stop her vehicle to avoid damage to the Plaintiff, Dara Duck; driving her vehicle at a speed greater than is reasonable and prudent under the circumstances and failure to yield the right of way to the Plaintiff's vehicle which had the superior right to use the roadway in question.

10. The vehicle driven by Defendant, Paulette Higgs, is owned by Co-Defendant, EAN Holdings, LLC. EAN Holdings, LLC was negligent in allowing Paulette Higgs to rent and operate the 2017 Jeep Grand Cherokee. Paulette Higgs is a resident of Nassau Bahamas and does not hold a valid United States driver's license. In Nassau Bahamas a vehicle is driven on the left side of the road unlike the United States where a vehicle is driven on the right siade of the road. EAN Holdings, LLC made no effort to ensure that Paulette Higgs was aware of the rules of the road in the United States nor offered any safety training to Paulette Higgs.

11. The negligence of Paulette Higgs is imputed to EAN Holdings, LLC due to its negligent

entrustment of the 2017 Jeep Grand Cherokee to Paulette Higgs.

12. Paulette Higgs' negligence physically injured Dara Duck and caused the damages as set out below:

   A. As a direct and proximate result of the Defendant, Paulette Higgs' negligence as outlined above, the Plaintiff Dara Duck suffered both temporary and permanent injuries to her body, including severe shoulder pain, neck pain and back pain. Plaintiff, Dara Duck suffered loss of employment, extreme pain and suffering past, present and future, and incurred medical expenses past, present and future.

   B. As a direct and proximate result of the Defendant, Paulette Higgs' negligence as outlined above, the Plaintiff, Stanley Howard suffered damage to his 2003 Ford F-Series Pickup and 2012 CALT horse trailer, including loss of use and loss of value.

   C. As a direct and proximate result of the Defendant, Paulette Higgs' negligence as outlined above, the Plaintiff, Dara Duck suffered damage to her three (3) horses traveling inside the 2012 CALT horse trailer, including physical injury, loss of use, and loss of value.

WHEREFORE, Plaintiffs pray for Judgment against the Defendants jointly and severely in an amount of $250,000.00 all for which levy and execution will enter.

Respectfully submitted,

By: /s/ Cecilia Ashcraft
Cecilia Ashcraft, 2004096
Walthall Law Firm, P.A.
447 East Page Avenue
Malvern, Arkansas 72104
(501) 337-0272