# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DARA ANNE DUCK,** *et al.*                                                                        **PLAINTIFFS**

**v.**                            **Case No. 5:17-cv-00344-KGB**

**EAN HOLDINGS LLC,** *et al*.                                                                     **DEFENDANTS**

## ORDER

Before the Court is plaintiffs Dara Ann Duck and Stanley Howard's motion for dismissal with prejudice (Dkt. No. 7). Plaintiffs submit that the parties have reached a settlement agreement in this matter and seek dismissal of this case with prejudice (*Id.*). For good cause shown, the Court grants the motion and dismisses this case with prejudice (*Id.*).

So ordered this the 31st day of May, 2018.

_____
Kristine G. Baker
United States District Judge